**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| JOSE VEGA-COLON | : | 3:21-cv-00175-kad |
| *Plaintiff* | : | |
| | : | |
| v. | : | |
| | : | |
| LAYAU EULIZIER, | : | |
| TOWN OF WETHERSFIELD and | : | |
| JOHN DOES | : | |
| *Defendants* | : | OCTOBER 4, 2022 |

## MOTION TO WITHDRAW APPEARANCE

**DAVID C. YALE** respectfully moves to withdraw as counsel for defendant LAYAU

EULIZIER in the above captioned matter.  The undersigned has accepted a new legal position

and will no longer be representing private clients.  Attorney Spector continues to represent the

Defendant.

BY /s/
David C. Yale
Federal Bar #ct26912
Hassett & George, P.C.
945 Hopmeadow Street
Simsbury, CT 06070
(860) 527-0353
dyale@hgesq.com

**Hassett & George, P.C.**
945 Hopmeadow Street, Simsbury, CT 06070   (860) 651-1333   facsimile (860) 651-1888  Juris 407894

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOSE VEGA-CRUZ | : | 3:21-cv-00175-kad |
| *Plaintiff* | : | |
| | : | |
| v. | : | |
| | : | |
| LAYAU EULIZIER, | : | |
| TOWN OF WETHERSFIELD and | : | |
| JOHN DOES | : | |
| *Defendants* | : | OCTOBER 4, 2022 |

## CERTIFICATE OF SERVICE

    I hereby certify that on the date first above a copy of the foregoing **MOTION TO WITHDRAW APPEARANCE** was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

BY /s/
David C. Yale
Federal Bar #ct26912
Hassett & George, P.C.
945 Hopmeadow Street
Simsbury, CT 06070
(860) 527-0353
dyale@hgesq.com

**Hassett & George, P.C.**
945 Hopmeadow Street, Simsbury, CT 06070   (860) 651-1333   facsimile (860) 651-1888  Juris 407894