# Exhibit D

Case 3:21-cv-00175-KAD Document 46-7 Filed 01/16/23 Page 2 of 4
Anthony Colon, Est of Vega-Cruz v Layau Eulizier, Town of Wethersfield, et al
Stephanie Santiago                                                                                     Job Date:9/19/2022

```
 1              UNITED STATES DISTRICT COURT
                  DISTRICT OF CONNECTICUT
 2

 3

 4   _____

 5   ANTHONY COLON, INDIVIDUALLY
     AND AS ADMINISTRATOR OF THE
 6   ESTATE OF ANTHONY VEGA-CRUZ
                                    X
 7              Plaintiff(s)

 8
          -vs-                      X   CIVIL CASE NO.
 9                                      3:21-cv-00175(KAD)
     LAYAU EULIZIER, TOWN OF
10   WETHERSFIELD AND JOHN DOES,
     I-XX
11                                  X
                Defendant(s)
12

13   _____

14

15
              DEPOSITION OF STEPHANIE SANTIAGO
16

17         DATE:   SEPTEMBER 19, 2022

18           HELD BY WEB CONFERENCE

19
          (Location:  Hartford, Connecticut)
20
                        ---
21

22
            Dawn C. Mahoney, CSR #142
23            BRANDON LEGAL TECH, LLC
                370 Asylum Street
24         Hartford, Connecticut 06103

25
```

**Exhibit D**

Case 3:21-cv-00175-KAD Document 46-7 Filed 01/16/23 Page 3 of 4
Anthony Colon, Est of Vega-Cruz v. Layau Eulizier, Town of Wethersfield
Stephanie Santiago                                                Job Date:9/19/2022

```
 1        Q    After he pulled away from the police
 2   officer, that's when you were saying to him you
 3   should stop?
 4        A    Yes.
 5        Q    Did he say anything back to you?
 6        A    No.
 7        Q    Did he say anything else ever again while
 8   you were in the car?
 9        A    No.
10        Q    You were in the car when you and Anthony's
11   car spun out and then came to a stop in front of
12   Wethersfield Pizza?
13        A    Uh-huh.
14        Q    Is that yes?
15        A    Yes.
16        Q    Did you say anything to him at that time?
17        A    No.
18        Q    Did he say anything to you?
19        A    No.
20        Q    Do you remember that the car then began to
21   move again and came out into the road in reverse
22   and then --
23        A    Yes.
24        Q    -- there was a police officer in front of
25   the car?
```

**Exhibit D**

## REPORTER'S CERTIFICATION

I, DAWN C. MAHONEY, do hereby certify that I am a Notary Public, in and for the State of Connecticut, duly commissioned and qualified to administer oaths.

I further certify that the deponent named in the foregoing deposition was by me duly sworn and thereupon testified as appears in the foregoing deposition; that said deposition was taken by me stenographically in the presence of counsel and reduced to typewriting under my direction, and the foregoing is a true and accurate transcript of the testimony.

I further certify that I am neither of counsel nor related to either of the parties to said suit, nor of either counsel in said suit, nor am I interested in the outcome of said cause.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my notarial seal this 22nd day of September, 2022, at East Haven, Connecticut.

_____
Dawn C. Mahoney, CSR
Notary Public
State of Connecticut

My commission expires:
April 30, 2026
Lic. No. 00042

**Exhibit D**