Exhibit H

1        UNITED STATES DISTRICT COURT

2          DISTRICT OF CONNECTICUT

3

4

5   ANTHONY COLON, INDIVIDUALLY      : CASE NO.

6   AND AS ADMINISTRATOR OF THE      : 3:21-CV-00175 (KAD)

7   ESTATE OF ANTHONY VEGA-CRUZ      :

8   VS.                              :

9   LAYAU EULIZIER, TOWN OF          :

10  WETHERSFIELD AND JOHN DOES 1-XX :

11

12

13

14

15

16      REMOTE DEPOSITION OF CAMILO QUEZADA

17           September 27, 2022

18              2:26 p.m.

19

20

21

22

23

24

25

**Exhibit H**

```
 1   say that he was involved in much of the care.  He

 2   was -- I think he was just trying to like hand us

 3   some things, and it did become a little bit

 4   cumbersome.  So my supervisor asked him to just step

 5   out of the ambulance and just start making sure we

 6   had all of our gear before we left.

 7       Q.  Okay.

 8       A.  So those were the four people.

 9       Q.  Okay.  Was Mr. Vega-Cruz ever conscious when

10   you observed him?

11       A.  No, he was never conscious.

12       Q.  Have you told me all the treatment that you

13   provided to him?

14       A.  No, I didn't finish.  I thought I -- I wasn't

15   sure if you were catching up.  Or if you were gonna

16   ask me something different, more specifically.

17           Do you want me to keep going?

18       Q.  No.  I appreciate that.  I was catching up.

19           So continue telling us --

20       A.  From right there.

21       Q.  -- what you did with respect to your

22   treatment --

23       A.  Yeah.  Right.  Right.  So -- so let me see.

24           So my partner was like ventilating for him.

25   Typically when we use the BVM, the mask, we also use
```

**Exhibit H**

Camilo Quezada                                                                    Job Date:9/27/2022

```
 1      Q.  Based on your testimony, it's my
 2   understanding that filling out this patient care
 3   report or form is a joint effort between the
 4   paramedic and the dispatch for Aetna Ambulance.  Is
 5   that right?
 6      A.  Yes.  Yes.
 7      Q.  Okay.  And so when we look at these times,
 8   the time that you entered would be the 1808, at
 9   patient --
10      A.  Yes.
11      Q.  And so that -- that time, which would be
12   6:08 p.m. on April 22, 2019, that -- you believe is
13   accurate?
14      A.  To the best of my ability, that is the most
15   accurate time I would have chosen for when I began
16   assessing the patient.
17      Q.  Okay.  And so up here with respect to the
18   dispatch and the en route and the staging, the
19   en route and the staging, there might be an error
20   there.  Is that -- is that fair?
21      A.  That is fair to assume.  It could be.  It
22   could be accurate.  But I really wouldn't be able to
23   tell you, 'cause, again, that's not something that
24   I'm controlling.
25      Q.  Well, your -- your recollection, based on
```

www.brandonLT.com
Brandon Legal Tech, LLC

**Exhibit H**

 1      Q.  Okay.  Do you know if officers on the scene

 2   did anything to assist Mr. Vega-Cruz prior to your

 3   arrival?

 4              MR. VALENZUELA:  Objection as to form.

 5   BY MS. MACCINI:

 6      Q.  You can answer, sir, if you understand my

 7   question.

 8      A.  I understand your question, but I don't know

 9   what they would have done before I got there.

10      Q.  Okay.  Are you of the opinion that if you had

11   arrived on the scene any earlier, Mr. Vega-Cruz would

12   have survived?

13              MR. VALENZUELA:  Same objection.

14              THE WITNESS:  I can still answer the

15   question?

16              MR. VALENZUELA:  Yes.  Sorry.

17   BY MS. MACCINI:

18      Q.  Sure.  Yes.

19          Do you need me to repeat it?

20      A.  Yeah.  Can you repeat that?  Sorry.

21      Q.  Do you hold the opinion that if you had

22   arrived on the scene any earlier, Mr. Vega-Cruz would

23   have survived?

24      A.  No.

25      Q.  Okay.  Is there, in your opinion, some

**Exhibit H**

```
 1   obvious gunshot wounds to the head with obvious brain

 2   damage that's noted by the difference in size in

 3   pupils, noted by the decerebrate and decorticate

 4   posturing.  Just a lot of signs and symptoms he had

 5   point to like severe neural damage.  His heart

 6   rate -- I think he was tachycardic, if I recall

 7   correctly.  And, I mean, I guess I can go on.  But

 8   that's -- in short, that's pretty much, I guess, what

 9   I could say.  If there was more specific questions

10   or -- I can elaborate.

11      Q.  Can you offer an opinion, Mr. Quezada, as to

12   whether the injury was survivable?

13      A.  I don't -- I don't think an injury like that

14   is gonna be -- I think an injury like can be

15   survivable.  But if you are talking about quality of

16   life, I don't think someone who has sustained an

17   injury like that is gonna return to life as you or I

18   are living.  I think someone like that more than

19   likely has suffered severe, like, damage and more

20   than likely either be in a vegetative state or

21   severely disabled.

22              MS. MACCINI:  Okay.  I don't have any

23   further questions.  Thank you, Mr. Quezada.  Other

24   counsel might have questions.

25              MR. VALENZUELA:  I have a few, but can
```

**Exhibit H**

```
 1    STATE OF CONNECTICUT

 2    HARTFORD, SS.

 3

 4          I, Esmeralda Guzman, a Certified Shorthand

 5    Reporter and Notary Public in and for the State of

 6    Connecticut, do hereby certify that the foregoing

 7    transcript of the REMOTE DEPOSITION OF CAMILO

 8    QUEZADA, having previously been sworn on

 9    September 27, 2022, is true and accurate to the best

10    of my knowledge, skill, and ability.

11          I further certify that I am not a relative

12    or employee or attorney or counsel of any of the

13    parties hereto, nor am I a relative or employee of

14    such attorney or counsel; nor do I have any interest

15    in the outcome or events of this action.

16          IN WITNESS WHEREOF, I have hereunto set my

17    hand and seal this 17th day of October, 2022.

18

19

20

21                              ESMERALDA GUZMAN

22

23    My Commission Expires:

24    September 30, 2025

25
```

**Exhibit H**