# Exhibit E



STATE OF CONNECTICUT, DEPARTMENT OF PUBLIC SAFETY-
INVESTIGATION REPORT (DPS-302-E) (REVISED 2/3/06)

Page 1 of 5

Report Type: Report #: 1900190884 - 00189058

Initial Report: ☐  Prosecutors Report: ☐  Supplement: ☒  Re-open: ☐  Assist: ☐  Closing: ☐

Attachments:
  Statements: ☐  Teletype: ☐  Photos: ☐  Sketchmap: ☐  Evidence: ☐  Other: ☒

| CFS NO | INCIDENT DATE | TIME | INCIDENT DATE | TIME | PRIMARY OFFICER | BADGE NO |
|---|---|---|---|---|---|---|
| 1900190884 | 04/20/2019 | 18:12 | 04/20/2019 | | CONNOLLY, BRIAN T. | 0431 |

| INVESTIGATING OFFICER | BADGE NO | TYPE OF EXCEPTIONAL CLEARANCE | CASE STATUS |
|---|---|---|---|
| CONNOLLY, BRIAN T. | 0431 | Not Applicable | Active |

| INCIDENT ADDRESS | APARTMENT NO | TOWN CD |
|---|---|---|
| 955 Silas Deane Hwy Hwy/ Wethersfield 06109 | | |

## WETHERSFIELD POLICE DISPATCH RECORDINGS
### April 20, 2019, between 1758 hours to 1818 hours

The Wethersfield Police Department provided this investigator with dispatch recordings regarding the incident, which were seized as exhibit #37. These recordings are divided into five (5) folders (CD attached). Each of the five (5) folders is sub-divided into two (2) folders, one for Separate Files, which provide the associated time stamp of each transmission and one for Single Merged File, which will play continuous audio of the transmissions. The five (5) folders are labeled as:

1) Back-up Channel (labeled as Aetna by WPD, but is a back-up channel)
2) WVAA (Wethersfield Volunteer Ambulance Association)
3) HOTLINE
4) Landline Phones (Aetna Ambulance, Detective Bureau, Rocky Hill and Newington PD, Media)
5) PD1

The PD1 file contains the Police dispatch recordings starting with Officer Salvatore's transmission indicating that he is about to initiate a traffic stop on the Infiniti at 17:58:52 hours (5:58:52 PM).

**Note**: It was not immediately known which officer fired his weapon and on some of the Landline Phone recordings, Officer Salvatore is erroneously identified as the shooter.

The following is a brief description of the radio transmissions, grouped into time stamped sections for reference. This is not a complete list of all transmissions.

THE UNDERSIGNED, AN INVESTIGATOR HAVING BEEN DULY SWORN DEPOSES AND SAYS THAT: I AM THE WRITER OF THE ATTACHED POLICE REPORT PERTAINING TO THIS INCIDENT NUMBER. THAT THE INFORMATION CONTAINED THEREIN WAS SECURED AS A RESULT OF (1) MY PERSONAL OBSERVATION AND KNOWLEDGE: OR (2) INFORMATION RELAYED TO ME BY OTHER MEMBERS OF MY POLICE DEPARTMENT OR OF ANOTHER POLICE DEPARTMENT: OR (3) INFORMATION SECURED BY MYSELF OR ANOTHER MEMBER OF A POLICE DEPARTMENT FROM THE PERSON OR PERSONS NAMED OR IDENTIFIED THEREIN, AS INDICATED IN THE ATTACHED REPORT. THAT THE REPORT IS AN ACCURATE STATEMENT OF THE INFORMATION SO RECEIVED BY ME.

| INVESTIGATOR SIGNATURE: | INVESTIGATOR I.D.#: | REPORT DATE: | |
|---|---|---|---|
| /DET BRIAN T CONNOLLY/ | 0431 | 07/10/2019 12:50 pm | |
| SUPERVISOR SIGNATURE: | SUPERVISOR I.D.#: | | |
| /SGT CHRISTOPHER J FONGEMIE/ | 0131 | | |

Exhibit E

 1900190884 Cont. STATE OF CONNECTICUT, DEPARTMENT OF PUBLIC SAFETY-
INVESTIGATION REPORT (DPS-302-E) (REVISED 2/3/06)

Page 2 of 5

**17:58:52**

Salvatore: Gonna try to have a 38 (traffic stop) momentarily, Silas and Mill. It's a bluish-black Infiniti, 484 Yankee-Oscar-Sierra (484YOS), 484 Yankee-Oscar-Sierra. Just north of Silas and Mill. About a thousand (approximately an address of 1000 Silas Deane).

Dispatch: 10-4 (Message received)

**17:59:50**

Salvatore: 5 (Officer Salvatore) to 48 (Officer Martins), are you nearby?

Dispatch: No, I'm heading that direction. Coming from 623 Highland (approximately 3.1 miles away).

**18:00:06**

Salvatore: Yeah, he's taking off. Northbound now. Silas.

Dispatch: Northbound on the Silas

**18:00:18**

Salvatore: He's losing control

LT Connolly: Is there anyone with stop sticks near the PD or anything?

**18:00:27**

Salvatore: He's stopped, he's stopped, he's stopped

LT Connolly: What do you got Pete?

**18:00:41**

Eulizier: Shots Fired! Shots Fired! Shots Fired!

**18:00:45**

Salvatore: We have Shots Fired! Shots Fired!

**18:00:53**

Dispatch: You got a 10-20 (location)?

Connolly: Gonna be in the area of Silas. Notify Rocky Hill, start them as well.

**18:01:04**

| THE UNDERSIGNED, AN INVESTIGATOR HAVING BEEN DULY SWORN DEPOSES AND SAYS THAT: I AM THE WRITER OF THE ATTACHED POLICE REPORT PERTAINING TO THIS INCIDENT NUMBER. THAT THE INFORMATION CONTAINED THEREIN WAS SECURED AS A RESULT OF (1) MY PERSONAL OBSERVATION AND KNOWLEDGE: OR (2) INFORMATION RELAYED TO ME BY OTHER MEMBERS OF MY POLICE DEPARTMENT OR OF ANOTHER POLICE DEPARTMENT:OR (3) INFORMATION SECURED BY MYSELF OR ANOTHER MEMBER OF A POLICE DEPARTMENT FROM THE PERSON OR PERSONS NAMED OR IDENTIFIED THEREIN, AS INDICATED IN THE ATTACHED REPORT. THAT THE REPORT IS AN ACCURATE STATEMENT OF THE INFORMATION SO RECEIVED BY ME. ||||
|---|---|---|---|
| INVESTIGATOR SIGNATURE: /DET BRIAN T CONNOLLY/ | INVESTIGATOR I.D.#: 0431 | REPORT DATE: 07/10/2019 12:50 pm | |
| SUPERVISOR SIGNATURE: /SGT CHRISTOPHER J FONGEMIE/ | SUPERVISOR I.D.#: 0131 | | |

**Exhibit E**



1900190884 Cont. **STATE OF CONNECTICUT, DEPARTMENT OF PUBLIC SAFETY-**
**INVESTIGATION REPORT (DPS-302-E) (REVISED 2/3/06)**

Page 3 of 5

| | |
|---|---|
| Eulizier: | Shots fired. Start EMS. Code 3 |
| Dispatch: | 10-4. Give me your 10-20 (location) |
| Eulizier: | 936 Silas. Nine – three – six Silas |
| Dispatch: | 10-4 |

**18:01:09**

Dispatch: (To Aetna Ambulance) I need you at 936 Silas, it's going to be hot for shots fired, officers involved.

**18:01:26**

Connolly: Everyone Respond. Everyone getting there?
Salvatore: Give me the radio clear. 10-5 (Emergency; restriction of frequency) PD1. Everyone else responding, move to PD3.

**18:01:42**

Dispatch: (To WVAA) Responding 936 Silas Deane Highway. 936 Silas. Hot response for shots fired.
Ambulance: 851 (WVAA) responding to 931 Silas for shots fired.

**18:01:45**

Salvatore: I want you to stage the ambulance at City Fish. We have one shot.
Dispatch: (To WVAA) 851 responding. Staging at City Fish. Staging at City Fish.
Salvatore: Responding units, I want you to come north from the Silas. I want you to block Silas and Maple.

**18:02:06**

Eulizier: 9 to responding units. I'm on the western side, by Wethersfield Pizza

**18:02:21**

Salvatore: Alright. LT, you stay there. When everybody else gets here, I'm going to have another unit come up to our side. We're going to go over and get the driver. The passenger is saying the driver's been shot.

**18:03:45**

Ambulance: 851 (WVAA), we're at Silas and Maple

| | | | |
|---|---|---|---|
| THE UNDERSIGNED, AN INVESTIGATOR HAVING BEEN DULY SWORN DEPOSES AND SAYS THAT: I AM THE WRITER OF THE ATTACHED POLICE REPORT PERTAINING TO THIS INCIDENT NUMBER. THAT THE INFORMATION CONTAINED THEREIN WAS SECURED AS A RESULT OF (1)MY PERSONAL OBSERVATION AND KNOWLEDGE: OR (2)INFORMATION RELAYED TO ME BY OTHER MEMBERS OF MY POLICE DEPARTMENT OR OF ANOTHER POLICE DEPARTMENT:OR (3)INFORMATION SECURED BY MYSELF OR ANOTHER MEMBER OF A POLICE DEPARTMENT FROM THE PERSON OR PERSONS NAMED OR IDENTIFIED THEREIN, AS INDICATED IN THE ATTACHED REPORT. THAT THE REPORT IS AN ACCURATE STATEMENT OF THE INFORMATION SO RECEIVED BY ME. | | | |
| INVESTIGATOR SIGNATURE: /DET BRIAN T CONNOLLY/ | INVESTIGATOR I.D.#: 0431 | REPORT DATE: 07/10/2019 12:50 pm | |
| SUPERVISOR SIGNATURE: /SGT CHRISTOPHER J FONGEMIE/ | SUPERVISOR I.D.#: 0131 | | |

**Exhibit E**

 1900190884 Cont. **STATE OF CONNECTICUT, DEPARTMENT OF PUBLIC SAFETY-**
**INVESTIGATION REPORT (DPS-302-E) (REVISED 2/3/06)**

Page 4 of 5

**18:04:01**

Salvatore: Justin (Hilchuk). The driver is still in the car. I haven't seen him move. Go to Jr's (Eulizier) car right there. Take cover there. OK.

Salvatore: Get the..have 851 (ambulance) go to ** City Fish, not the middle of the intersection.

Dispatch: 10-4, we'll tell them again.

**18:04:37**

Dispatch: 300 (LT Connolly), Rocky Hill is shutting northbound traffic at the shopping center now.

**18:05:04**

Salvatore: Chief, you're in the cross-fire. Go south, go south, go south.

**18:06:36**

Eulizier: You can have the ambulance come up

Dispatch: 10-4

**18:06:49**

Ambulance: 851(WVAA) copy. I have Aetna right behind me.

**18:07:23**

Ambulance: 851 (WVAA) Arrival.

Connolly: Ok. Notify 440. We're going to need the DB (Detective Bureau) out here. Get Rocky Hill up here to assist us with some traffic in the area of Sterling Jewelers.

Dispatch: 10-4

Connolly: And we're going to need someone south of Maple as well.

Dispatch: 10-4

**18:10:22**

Chief Cetran: Put me down as at the scene.

Dispatch: 10-4    1810 (time Chief Cetran called in)

**18:18:10**

Ambulance: 851 responding ALS (Paramedic on board) to Hartford Hospital hot.

| | | | |
|---|---|---|---|
| THE UNDERSIGNED, AN INVESTIGATOR HAVING BEEN DULY SWORN DEPOSES AND SAYS THAT: I AM THE WRITER OF THE ATTACHED POLICE REPORT PERTAININGTO THIS INCIDENT NUMBER. THAT THE INFORMATION CONTAINED THEREIN WAS SECURED AS A RESULT OF (1)MY PERSONAL OBSERVATION AND KNOWLEDGE: OR (2)INFORMATION RELAYED TO ME BY OTHER MEMBERS OF MY POLICE DEPARTMENT OR OF ANOTHER POLICE DEPARTMENT:OR (3)INFORMATION SECURED BY MYSELF OR ANOTHER MEMBER OF A POLICE DEPARTMENT FROM THE PERSON OR PERSONS NAMED OR IDENTIFIED THEREIN, AS INDICATED IN THE ATTACHED REPORT. THAT THE REPORT IS AN ACCURATE STATEMENT OF THE INFORMATION SO RECEIVED BY ME. | | | |
| INVESTIGATOR SIGNATURE: /DET BRIAN T CONNOLLY/ | INVESTIGATOR I.D.#: 0431 | REPORT DATE: 07/10/2019 12:50 pm | |
| SUPERVISOR SIGNATURE: /SGT CHRISTOPHER J FONGEMIE/ | SUPERVISOR I.D.#: 0131 | | |

**Exhibit E**

 1900190884 Cont. **STATE OF CONNECTICUT, DEPARTMENT OF PUBLIC SAFETY-**
**INVESTIGATION REPORT (DPS-302-E) (REVISED 2/3/06)**

Page 5 of 5

**ATTACHMENT:**   List of Wethersfield Police radio codes

| THE UNDERSIGNED, AN INVESTIGATOR HAVING BEEN DULY SWORN DEPOSES AND SAYS THAT: I AM THE WRITER OF THE ATTACHED POLICE REPORT PERTAININGTO THIS INCIDENT NUMBER. THAT THE INFORMATION CONTAINED THEREIN WAS SECURED AS A RESULT OF (1)MY PERSONAL OBSERVATION AND KNOWLEDGE: OR (2)INFORMATION RELAYED TO ME BY OTHER MEMBERS OF MY POLICE DEPARTMENT OR OF ANOTHER POLICE DEPARTMENT:OR (3)INFORMATION SECURED BY MYSELF OR ANOTHER MEMBER OF A POLICE DEPARTMENT FROM THE PERSON OR PERSONS NAMED OR IDENTIFIED THEREIN, AS INDICATED IN THE ATTACHED REPORT. THAT THE REPORT IS AN ACCURATE STATEMENT OF THE INFORMATION SO RECEIVED BY ME. |||||
|---|---|---|---|---|
| INVESTIGATOR SIGNATURE: /DET BRIAN T CONNOLLY/ | INVESTIGATOR I.D.#: 0431 | REPORT DATE: 07/10/2019 12:50 pm | | |
| SUPERVISOR SIGNATURE: /SGT CHRISTOPHER J FONGEMIE/ | SUPERVISOR I.D.#: 0131 | | | |

**Exhibit E**

7. A modified "10 Code" of radio signals will be used:

   a.   10-0    Officer in trouble;
   b.   10-1    Send back up; (no direct radio reference)
   c.   10-3    Affirmative; granted; will do;
   d.   10-4    Message received; okay;
   e.   10-6    Busy; stand by;
   f.   10-5    Emergency; restriction of frequency;
   g.   10-7    Out of service (location) (type of detail) (M-for meals);
   h.   10-8    In service;
   i.   10-9    Repeat;
   j.   10-10   On minor detail, subject to call
   k.   10-16   Pick up;
   l.   10-18   Any messages;
   m.   10-19   No messages;
   n.   10-20   Location;
   o.   10-21   Call _____ by phone;
   p.   10-22   Report in person to _____;
   q.   10-23   Arrived at scene;
   r.   10-27   Stolen vehicle; stolen marker plate;
   s.   10-28   Full registration information;
   t.   10-29   NCIC/stolen vehicle check;
   u.   10-30   Does not conform to rules and regulations;
   v.   10-34   Trouble at station;
   w.   10-36   Confidential information;
   x.   10-38   Stopping (description and marker number of vehicle) at (location);
   y.   10-39   Open garage door;
   z.   10-40   Shut garage door;
   aa.  10-41   Beginning tour of duty;
   bb.  10-42   Ending tour of duty;
   cc.  10-44   Checking motor vehicle stop; "Are you okay?";
   dd.  10-49   Breakdown of car or equipment;
   ee.  10-50   Accident: J1 property damage; J2 personal injury; J3 public accident, sick call;
   ff.  10-53   Meet _____ at _____;
   gg.  10-55   Intoxicated person;
   hh.  10-58   Fatal accident;
   ii.  10-60   Prowler; suspicious person; suspicious vehicle;
   jj.  10-61   Complaint: motor vehicle violation;
   kk.  10-62   Complaint: minor crime(s);
   ll.  10-63   Complaint: major crime(s);
   mm.  10-64   Complaint: animals;
   nn.  10-66   Cancellation;
   oo.  10-70   Fire;
   pp.  10-80   Alarms.

**Exhibit E**