## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOSE VEGA-COLON | : | 3:21-cv-00175-(KAD) |
| *Plaintiff* | : | |
| | : | |
| v. | : | |
| | : | |
| LAYAU EULIZIER, | : | |
| TOWN OF WETHERSFIELD and | : | |
| JOHN DOES | : | |
| *Defendants* | : | AUGUST 29, 2023 |

## DEFENDANT LAYAU EULIER'S
## NOTICE OF APPEAL

Notice is hereby given that the Defendant in the above captioned matter, Layau Eulizier, hereby appeals to the United States Court of Appeals for the Second Circuit from the District Court's order, dated August 11, 2023, denying Defendant Layau Eulizier's Motion for Summary Judgment, dated January 16, 2023. Within its order, the District Court denied qualified immunity to Defendant, which decision is immediately appealable. *See Mitchell v. Forsyth*, 472 U.S. 511, 526 (1985).

DEFENDANT,
LAYAU EULIZIER

BY/s/ Elliot B. Spector
Elliot B. Spector (ct05278)
Hassett & George, P.C.
628 Hebron Avenue Suite 212
Glastonbury, CT 06033
T: (860)651-1333
F: (860)651-1888
ebspector87@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on the date first above a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

BY/s/  Elliot B. Spector
Federal Bar No.: ct05278