**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| ANTHONY COLON, | : | 3:21-cv-00175-SRF |
| *Plaintiff* | : | |
| | : | |
| v. | : | |
| | : | |
| LAYAU EULIZIER, | : | |
| TOWN OF WETHERSFIELD and | : | |
| JOHN DOES | : | |
| | : | |
| *Defendants* | | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FINALIZE SETTLEMENT**

Pursuant to the Court's Minute Order (Doc. # 149), because the parties have reached a settlement, they "shall file a stipulation of dismissal on or before January 30, 2026" and that the date "may be extended for good cause pursuant to a motion filed". Here, good cause exists to continue the November 26, 2025, deadline to file the stipulation of dismissal.

The parties have reached a settlement in this matter. The settlement required approval by various entities on behalf of the Town of Wethersfield and Officer Eulizier. The settlement has now been approved by all necessary boards/entities. After the settlement was approved, on January 21, 2026, the Defendants sent over the Release and Settlement Agreement.

Plaintiffs are now in the process of obtaining approval and authorization from the probate court to allow Anthony Colon (the administrator of the estate) to settle the case per the negotiated agreement.

Accordingly, the Plaintiffs request that the Court continue the deadline to file the stipulation of dismissal. Plaintiffs propose providing the Court with a status report within

1

sixty (60) days to provide an update regarding the status of the probate court's approval/authorization.

This motion is unopposed and the parties are cooperating and working together to get this settlement finalized.

Respectfully submitted,

By:   //S// *Eric Valenzuela*
      Eric Valenzuela
      (pro hac vice)
      Law Offices of Dale K. Galipo
      21800 Burbank Blvd., Suite 310
      Woodland Hills, CA 91367
      Phone: (818) 347-3333
      Attorneys for the Plaintiff

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

JOSE VEGA-COLON : 3:21-cv-00175-KAD
        *Plaintiff* :
                    :
v.                  :
                    :
LAYAU EULIZIER,     :
TOWN OF WETHERSFIELD and :
JOHN DOES           : January 30, 2026
        *Defendants* :

## CERTIFICATE OF SERVICE

I hereby certify that on the date first above a copy of the foregoing **UNOPPOSED MOTION FOR EXTENSION OF TIME TO FINALIZE SETTLEMENT** was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

    //S//  *Eric Valenzuela*
Law Offices of Dale K. Galipo
21800 Burbank Boulevard, # 310
Woodland Hills, California, 91367
Telephone: (818) 347-3333
Facsimile: (818) 347-4118

3