**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

ANTHONY COLON,                                    :          3:21-cv-00175-SRF
          *Plaintiff*                             :
                                                  :
          v.                                      :
                                                  :
LAYAU EULIZIER,                                   :
                                                  :
          *Defendant*                             :
                                                  :

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FINALIZE SETTLEMENT**

Pursuant to the Court's Minute Order (Doc. # 151), because the parties have reached a settlement, they shall file a stipulation of dismissal on or before April 3, 2026, and that the date may be extended for good cause pursuant to a motion filed. The Court has previously granted one motion for extension of time. Here, good cause exists to grant a second motion for extension of time continue the April 3, 3036, deadline to file the stipulation of dismissal.

The parties have reached a settlement in this matter. The settlement required approval by various entities on behalf of the Town of Wethersfield and Officer Eulizier. The settlement has now been approved by all necessary boards/entities. After the settlement was approved, on January 21, 2026, the Defendants sent over the Release and Settlement Agreement.

The Plaintiff has now signed all the necessary settlement documents and the probate petition and documents are being filed with the probate court by the end of the day today, April 3, 2026. After the documents have been filed with the probate court by end of the day today, it will just be a matter of the probate court approving the petition and

1

providing any additional documents that may be requested by the probate court and answering any questions the probate court may have.

Accordingly, the Plaintiffs request that the Court once again (hopefully for the last time) continue the deadline to file the stipulation of dismissal. Plaintiffs propose providing the Court with a status report within sixty (60) days to provide an update regarding the status of the probate court's approval/authorization.

This motion is unopposed by the Defendant, the Defendant consents to the extension of time to file the dismissal and the parties continue to cooperate and work together to get this settlement finalized and the case dismissed.

Respectfully submitted,

By:   //S// *Eric Valenzuela*
      Eric Valenzuela
      (pro hac vice)
      Law Offices of Dale K. Galipo
      21800 Burbank Blvd., Suite 310
      Woodland Hills, CA 91367
      Phone: (818) 347-3333
      Attorneys for the Plaintiff

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOSE VEGA-COLON | : | 3:21-cv-00175-KAD |
| *Plaintiff* | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| LAYAU EULIZIER, | : | |
| TOWN OF WETHERSFIELD and | : | |
| JOHN DOES | : | April 3, 2026 |
| *Defendants* | : | |

## CERTIFICATE OF SERVICE

I hereby certify that on the date first above a copy of the foregoing **OPPOSITION TO DEFENDANTS MOTION IN LIMINE REGARDING TESTIMONY OF PLAINTIFF'S EXPERT ROGER CLARK** was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

        //S//  *Eric Valenzuela*
        Law Offices of Dale K. Galipo
        21800 Burbank Boulevard, # 310
        Woodland Hills, California, 91367
        Telephone: (818) 347-3333
        Facsimile: (818) 347-4118

3